U.S. MARSHALS--GUAM

# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM

2018 MAY 31 AM 8: 55

for the

_____ District of __Guam_____

**JUN 12 2018** CMS

United States of America

v.

John D. Walker aka Jon Walker
*Defendant*

)
)
)
)
)
)

Case No.  CR-18-00010-001

**JEANNE G. QUINATA
CLERK OF COURT**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  John D. Walker aka Jon Walker ,

who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ❏ Complaint

❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §371; Conspiracy to Defraud the National Transportation Safety board and the Federal Aviation Administration; Count 1,
18 U.S.C. §371; Conspiracy to Defraud the Federal Aviation Administration; Count 2,
18 U.S.C. §§1343, 1346, & 2; Honest Services Fraud; Counts 3 to 5,
18 U.S.C. §§1343, 1346, & 2; Wire Fraud; Counts 6 to 10;
18 U.S.C. §1957; Money Laundering; Counts 11 to 16; and
18 U.S.C. §§982(a)(1) & (a)(2); 21 U.S.C. §853, and 28 U.S.C. §2461(c); Notice of Forfeiture Allegations.

Date:  May 30, 2018

_____
*Issuing officer's signature*

City and state:  Hagatna, Guam

Walter M. Tenorio, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/31/18 , and the person was arrested on *(date)* 05/31/18 at *(city and state)* Oklahoma, Okc . |

Date: 05/31/18

_____
*Arresting officer's signature*

Huffman, Clmf, DUSM
*Printed name and title*

ORIGINAL

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____