SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
NICHOLAS COATES
Special U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER,<br>    aka JON WALKER,<br>MARVIN R. REED,<br>KENNETH R. CROWE, and<br>PHILLIP T. KAPP,<br><br>Defendants. | CRIMINAL CASE NO.  CR-18-00010<br><br>**REQUEST TO APPEAR BY TELEPHONE AT MOTIONS HEARING**<br><br>**Date: August 27, 2018**<br>**Time: 9:00 a.m.** |

COMES NOW, the United States of America, by through undersigned counsel, and hereby requests the Court to allow the Special Assistant U.S. Attorney Nicholas Coates to appear telephonically at the motions hearing set for August 27, 2018 at 9:00 a.m.

RESPECTFULLY SUBMITTED this 17th day of August, 2018.

                                      SHAWN N. ANDERSON
                                      United States Attorney
                                      Districts of Guam and the NMI

                              By:    */s/ Nicholas Coates*
                                      NICHOLAS COATES
                                      Special Assistant U.S. Attorney

REQUEST TO APPEAR BY
TELEPHONE AT MOTIONS
HEARING - 1