# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: 1:18-cr-00010-001          DATE: May 27, 2022
              1:18-cr-00010-006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Emily Brown          Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos          Hearing Times: 8:23 - 9:55
                                                                10:24 - 11:43
                                                                12:35 - 1:58
                                                                2:18 - 3:10
                                                                3:29 - 4:15

**APPEARANCES:**

Defendant: John D. Walker          Attorney: Mack K. Martin
             Hansen Helicopters                  Edward A. McConwell, Laura L.
                                                        McConwell and Edward C. Han

☑ Present ☐ Custody ☐ Bond ☐ P.R.          ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Stephen Leon Guerrero
                  Marie L. Miller
                  Samantha R. Miller

**PROCEEDINGS: Jury Trial - Day 20**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Motions Hearing set for <u>May 31, 2022 at 7:15 AM</u>.
- Trial continued to: <u>May 31, 2022 at 8:15 AM</u>.

NOTES:

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero<br>Marie Miller<br>Samantha Miller | Mack K. Martin, Edward A. McConwell, Sr., Laura L. McConwell, Edward C. Han |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 27, 2022 | Veronica F. Flores | Carmen Santos |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:23 – Call to Order; Counsel present; discussion re private/civil aircrafts. Discussion re limiting instructions to held later. |
| | | | | | | 8:44 – Witness Mr. Cislo seated; Jurors seated; **Continued CX of Mr. Cislo by Mr. McConwell** |
| | | | | | | 9:06 – **CX of Mr. Cislo by Mr. Martin** |
| | G-0645 | | 5/10/22 | X | 5/10/22-5/25/22 | Email dated 02/12/2015 from Cislo to Crowe re: Cislo agreeing to having a sign-fest in May or June *(Conditionally admitted)* (Objection 801(d)(2)(e) by Martin) (Prozik on 5/10/22) (Cislo on 5/25/22) |
| | G-1590-36 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-29 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-30 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-31 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-32 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-1590-11 | | 5/25/22 | X | 5/25/22 | 36. MOA Document Review-2016-04-07-CISLO TOMOTHY J CROWE KENNETH (Cislo) |
| | G-0290 | | 5/25/22 | X | 5/25/22 | Fax Cover to Cislo from Crowe dated 01/21/2013 re: N444GJ requesting a replacement (Cislo) |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-0242-44 | | 5/12/22 | x | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-1220 | | 5/26/22 | X | 5/26/22 | Follow up comm between Crowe and Cislo (Cislo) |
| | G-1222 | | 5/26/22 | X | 5/26/22 | Application for Employment for Pilot, Marinho (Cislo) |
| | G-0256 | | 5/26/22 | X | 5/26/22 | FAA Letter dated 10/31/2012 re: issuing replacement FAA Form 8100-2 for N345SD signed by Cislo (Cislo) |
| | G-0699 – 1 | | 5/26/22 | X | 5/26/22 | Email dated 02/13/2015 from Cislo to Crowe re: Having Crowe review Cislo's attached Word document and needing logbook entries from each helicopter (Cislo) |
| | G-592 | | 5/26/22 | X | 5/26/22 | Email dated 02/12/2013 from Crowe to Cislo re: Requesting replacement Certificate of Airworthiness for N9068F and Crowe finding original certificate (Cislo) |
| | G-422 | | 5/26/22 | X | 5/26/22 | Email FWD from Crowe to Kapp re: Cislo's decision on a Cessna 206 (Cislo) |
| | G-0304 | | 5/10/22 | | 5/26/22 | Cislo Plea Agreement *(Cislo)* |
| | | D-128 | 5/27/22 | | 5/27/22 | (Cislo) |
| | | D-127 | 5/27/22 | | 5/27/22 | (Cislo) |
| | | | | | | 9:55 – 10: 30 - Recess |
| | | | | | | 10:30 – **Re-DX of Mr. Cislo by Ms. M. Miller** |
| | G-0242-18 | | 5/12/22 | | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-0242-55 | | 5/12/22 | | 5/12/22 | FAA Message re: Deregistration N243D and various attachments pertaining to helo (Prozik) |
| | G-1513 | | 5/12/22 | X | 5/12/22 | N8315F Reed to FAA not really exported (Prozik) |
| | | | | | | 10:49 – 11:19 – Discussion outside the presence of the jury |
| | | | | | | 11:19 – Jurors seated; **Continued Re-DX of Mr. Cislo by Ms. M. Miller** |
| | G-0304 | | 5/10/22 | | 5/26/22 | Cislo Plea Agreement *(Cislo)* |
| | | D-128 | 5/27/22 | | 5/27/22 | (Cislo) |
| | G-3028-1 - 11 | | 5/27/22 | X | 5/27/22 | (Cislo) |
| | | | | | | 11:37 – Jurors recess for lunch.<br>11:37 - 11:43 – Discussion outside the presence of the jurors.<br>11:43 – 12:35 – Lunch recess. |
| | | | | | | 12:35 – Witness Mr. Cislo seated; jurors seated. **Continued Re-DX of Mr. Cislo by Ms. M. Miller** |
| | | | | | | 12:38 – **Re-CX of Mr. Cislo by Mr. Martin** |
| | G-3028-1 - 11 | | 5/27/22 | X | 5/27/22 | (Cislo) |
| | | | | | | 12:44 – Mr. Cislo excused |
| | | | | | | 12:45 – **Lynn Leon Guerrero**, called and sworn, **DX by Ms. S. Miller** |
| | | | | | | 12:58 – Ms. Leon Guerrero excused |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 12:59 – **Marc Braga**, called and sworn, **DX by Ms. M. Miller** |
| | G-2867 | | 5/27/22 | | 5/27/22 | RPC4910 photo of aircraft with Survivor TV Show logo outside in field 1-9 (Braga) |
| | G-1729-17 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | G-1729-23 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | G-1729-5 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | G-1729-6 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | G-1729-2-25 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | | | | | | 3:09-3:31 – Jurors recessed |
| | | | | | | 3:31 – Mr. Braga sated; jurors seated; **CX of Mr. Braga by Mr. McConwell** |
| | | | | | | 3:40 – **CX of Mr. Braga by Mr. Martin** |
| | G-1815 | | 5/27/22 | | | MARC BRAGA 302 SN113 06-22-2017 (Braga) |
| | G-1816 | | 5/27/22 | | | MARC BRAGA 302 SN114 06-22-2017 |
| | G-1729-17 | | 5/27/22 | | 5/27/22 | CONTAINER INSP 302 SN120 07-18-2017 (Braga) |
| | | | | | | 3:58 – Mr. Braga excused |
| | | | | | | 3:59 – Jurors instructed to return Tuesday to begin by 8:15 AM; jurors recessed. |
| | | | | | | 4:00 – 4:15 – housekeeping matters discussed. Motions set for 7:15 AM, Tuesday morning. Adjourned. |