**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

| | |
|---|---|
| CASE NO.: 1:18-cr-00010-001<br>           1:18-cr-00010-006 | DATE: May 31, 2022 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Emily Brown | Court Reporter: Veronica Flores |
| Courtroom Deputy: Carmen B. Santos | Hearing Times: 7:33 - 8:05;  8:18 - 10:00<br>10:20 - 11:42<br>12:39 - 2:10<br>2:32 - 4:13<br>4:39 - 5:09 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: John D. Walker<br>           Hansen Helicopters | Attorney: Mack K. Martin<br>           Edward A. McConwell, Laura L.<br>           McConwell and Edward C. Han |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Stephen Leon Guerrero<br>           Marie L. Miller<br>           Samantha R. Miller | |

**PROCEEDINGS: Jury Trial - Day 21**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>June 1, 2022 at 8:15 AM</u>.

NOTES:

# UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| vs. | |
| John D. Walker and Hansen Helicopters | CRIMINAL CASE NO. 18-00010 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Frances Tydingco-Gatewood | Stephen Leon Guerrero<br>Marie Miller<br>Samantha Miller | Mack K. Martin, Edward A. McConwell, Sr., Laura L. McConwell, Edward C. Han |
| TRIAL DATE(S) | COURT REPORTER/RECORDER | COURTROOM DEPUTY |
| May 31, 2022 | Veronica F. Flores<br>Carmen Santos | Carmen Santos |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 7:33 – Call to Order; Counsel present. Motions Hearing |
| | | | | | | Court informed counsel of passing of Mr. Walker's local counsel, Mr. Maher. As Mr. Maher's presence in the trial was previously waived, Court waives requirement of local counsel at this time. |
| | | | | | | (1) Marinho deposition -<br>(2) Jury Intructions [1552] re *void ab initio* order[1535] – court to give curative instruction<br>(3) Ex G-1818 -<br>(4) Defense motion for mistrial [1571] – denied. |
| | | | | | | 8:18 – Assistant Jury Administrator provided court with an email from Juror No. 2. After discussion, Juror No. 2 is excused; Alternate Juror No. 1 now in seat number 2. |
| | | | | | | 8:24 – Jurors seated. Government calls next witness, Teshera Jones. |
| | | | | | | 8:26 – **Teshera Jones**, called and sworn, **DX by Ms. S. Miller** |
| | | | | | | Court finds that Ms. Jones is qualified as an expert in the field of forensic accounting and certified fraud examination by virtue of her knowledge, skill, training and education. Court gives jury instruction re expert testimony. |
| | G-0829 | | | | 3/15/22 | Organization Chart for Defendant Corporations |
| | | | | | | 9:07 – 9:56 – Jurors recessed for discussion outside their presence. |
| | | | | | | 9:56 – Recess |

Page **1** of **3**

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:20 – 10:29 – continued discussion outside the presence of the jurors. |
| | | | | | | 10:29 – Witness Ms. Jones seated; jurors seated; **Continued DX of Ms. Jones by Ms. S. Miller** |
| | G-2937 | | 5/11/22 | | 5/11/22 | BOH Hansen Northern Helicopters, Inc. Acct 3534 Corporation Signature Card (Prozik) |
| | G-2938 | | 5/10/22 | | 5/10/22 | BOH Caledonian Agency, Inc. Acct 9134 Corporation Signature Card (Prozik) |
| | G-0829 | | | | 3/15/22 | Organization Chart for Defendant Corporations |
| | G-0026 | | | | | BOH Hansen Helicopters Inc. Acct. 5448 Signature Card |
| | G-2898 | | | | | BoH Bank Statements and Cancelled Checks |
| | G-1243 | | 5/31/22 | | 5/31/22 | Available Bank Records by Account Summary Chart (Jones) |
| | G-1244A | | 5/31/22 | | 5/31/22 | Available Bank Records by Use of Funds Summary Chart (Jones) |
| | G-2938-1 | | 5/31/22 | X | 5/31/22 | BOH Caledonian Agency Inc. Acct. 9134 statement dated 08/31/2016 to 09/30/2016 (Jones) |
| | | | | | | 11:41 – 12:39 – Lunch recess |
| | | | | | | 12:39 – Discussion outside the presence of the jurors re Ex G-2939-2 through G-2939-81 |
| | | | | | | 12:43 – Jurors seated; witness seated; **Continued DX of Ms. Jones by Ms. S. Miller** |
| | G-2939-2 to 81 | | 5/31/22 | X | 5/31/22 | CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log (Jones) |
| | | | | | | 12:46 – Jurors recessed for discussion of objection outside their presence. |
| | | | | | | 1:13 – Jurors seated; witness seated |
| | G-2898-1, 2, 13-14, 16-17 | | 5/31/22 | X | 5/31/22 | BoH Bank Statements and Cancelled Checks Note: previously admitted, court now retracting admission except for pages noted (Jones) |
| | | | | | | 1:14 –**Continued DX of Ms. Jones by Ms. S. Miller** |
| | G-2989-2 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2989-16 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2989-17 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2939-1 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2939-39 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2939-13 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2939-39 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-2939-49 | | 5/31/22 | X | 5/31/22 | (Jones) |
| | G-829 | | | | 3/15/22 | Organization Chart for Defendant Corporations |

| JOINT | PLF. NO. | DEF NO. | DATE IDENTIFIED OFFERED | OBJECTION | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | G-2939-76 | | | | | CFGu FCU Limey Air Service, Inc. Acct 9899 Signature Card, Corporate Records, 2018 & 2019 Incoming Wire Transfer Log |
| | G-1249 | | 5/31/22 | X | 5/31/22 | QuickBooks Records by Name Summary Chart (As to Mr. Walker but not Hansen Helicopters) (Jones) |
| | G-1250 | | 5/31/22 | X | 5/31/22 | QuickBooks Records by Year Summary Chart (As to Mr. Walker but not Hansen Helicopters) (Jones) |
| | G-1251 | | 5/31/22 | X | 5/31/22 | QuickBooks Records Debits by Year and Company Summary Chart (As to Mr. Walker but not Hansen Helicopters) (Jones) |
| | G-0664 | | | | | |
| | G-0662 | | 5/31/22 | X | | Email dated 10/06/2016 from Ferruzzo to Crowe re: Possible purchase of Hansen Helicopters shares |
| | | | | | | 1:55 – Jurors recessed for discussion of objection outside their presence |
| | G-0425 | | 5/31/22 | X | | Email dated 10/06/2016 from Crowe re: Discussion of a possible sale of Hansen Helicopters stock |
| | G-0366-2, 37 -38 | | 5/31/22 | X | | MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (Jones) |
| | | | | | | 2:10 – 2:32 – Recess |
| | | | | | | 2:32 – Continued discussion outside the presence of the jurors |
| | | | | | | 3:00 – Juror seated; Ms. Jones on the stand. |
| | G-0366-2, 37 -38 | | 5/31/22 | X | 5/31/22 | MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (Jones) |
| | | | | | | 3:03 - **Continued DX of Ms. Jones by Ms. S. Miller** |
| | G-0366-2 | | 5/31/22 | X | 5/31/22 | MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (Jones) |
| | G-0366-37 | | 5/31/22 | X | 5/31/22 | MNS Capitol Files identifying the corporate structure, various helos in inventory, vessels (Jones) |
| | G-0829 | | | | 3/15/22 | Organization Chart for Defendant Corporations |
| | | | | | | 3:33 – Jurors recessed for discussion outside their presence |
| | | | | | | 3:47 – Jurors seated and given instructions to report tomorrow to begin by 8:15 AM; jurors recessed |
| | | | | | | 3:38 – 4:16 – Discussions re possible jury view, schedule of witnesses and further discussion on exhibits. |
| | | | | | | 4:16 – 4:39 – Recess |
| | | | | | | 4:39 – 5:09 – Continued discussions. Trial continued to June 1 at 8:15 AM. Adjourned. |