

**FILED**
DISTRICT COURT OF GUAM
SEP 08 2022
JEANNE G. QUINATA
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN D. WALKER and HANSEN HELICOPTERS,

    Defendants.

CRIMINAL CASE NO. 18-00010

JURY NOTE

We the Jury: would like to inform you that Jury #4 & Jury #10 will be attending a funeral/viewing @ Santa Rita for two hours 9am to 11am.

Foreperson

Date and Time Written: 8:45am 9/8/2022

Date and Time Received by Court: 8:47am 9/8/2022

Date and Time Answered by Court: 9/8/2022 11am (JETG)

Dear

Approved for you to attend family funeral viewing. All jurors are to report to court by 11:45am to continue deliberations. Tomorrow, Friday, September 9, 2022. Please have your lunch before you get to court. (JETG)

8:46 am

Note No. 4

DISTRICT COURT OF GUAM
520 W SOLEDAD AVE FL 4
HAGATNA, GU 96910