# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>       vs.<br><br>JOHN D. WALKER, aka JON WALKER,<br><br>       Defendant. | Criminal Case No. 18-00010-001<br><br><br>**VERDICT FORM**<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br><br>SEP 0 9 2022<br><br>JEANNE G. QUINATA<br>CLERK OF COURT |

## COUNT 1 – CONSPIRACY TO DEFRAUD THE FEDERAL AVIATION ADMINISTRATION (FAA) AND NATIONAL TRANSPORTATION SAFETY BOARD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 371:

       / /   NOT GUILTY       /✓   GUILTY

## COUNT 8 – AIRCRAFT PARTS FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 38(a)(1)(A) and Title 18, United States Code, Section 38(b)(1):

       / /   NOT GUILTY       /✓/   GUILTY

If GUILTY is indicated above:

We, the Jury, find the offense relates to the aviation quality of an aircraft part and was that part installed on an aircraft.

/ ✓ / YES                    /  / NO

## COUNT 9 – AIRCRAFT PARTS FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 38(a)(1)(B) and Title 18, United States Code, Section 38(b)(2):

/  /   NOT GUILTY            / ✓ /   GUILTY

If GUILTY is indicated above:

We, the Jury, find the failure of the aircraft part to operate as represented was the proximate cause of a malfunction or failure that resulted in serious bodily injury.

/ ✓ / YES                    /  / NO

## COUNT 10 – AIRCRAFT PARTS FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 38(a)(1)(C), Title 18, United States Code, Section 38(a)(3) and Title 18, United States Code, Section 38(b)(3):

/ /　NOT GUILTY　　　　　/✓/　GUILTY

If GUILTY is indicated above:

We, the Jury, find the failure of the aircraft part to operate as represented was the proximate cause of a malfunction or failure that resulted in the death of any person.

/✓/ YES　　　　　　/ / NO

## COUNT 11 – AIRCRAFT PARTS FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 38(a)(2) and Title 18, United States Code, Section 38(b)(4):

/ /　NOT GUILTY　　　　　/✓/　GUILTY

## COUNT 14 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   / NOT GUILTY          / ✓ GUILTY

## COUNT 15 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ GUILTY

## COUNT 16 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   / NOT GUILTY          / ✓ GUILTY

## COUNT 17 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY            /✓/ GUILTY

## COUNT 18 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY            /✓/ GUILTY

## COUNT 19 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY            /✓/ GUILTY

## COUNT 20 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY      /✓/ GUILTY

## COUNT 21 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY      /✓/ GUILTY

## COUNT 22 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY      /✓/ GUILTY

## COUNT 23 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 24 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 25 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 26 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY                    /✓/   GUILTY

## COUNT 27 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY                    /✓/   GUILTY

## COUNT 28 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY                    /✓/   GUILTY

## COUNT 29 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY            / ✓ /   GUILTY

## COUNT 30 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY            / ✓ /   GUILTY

## COUNT 31 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY            / ✓ /   GUILTY

## COUNT 32 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/　/　NOT GUILTY　　　/✓/　GUILTY

## COUNT 33 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/　/　NOT GUILTY　　　/✓　GUILTY

## COUNT 34 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/　/　NOT GUILTY　　　/✓/　GUILTY

## COUNT 35 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 36 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 37 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 38 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 39 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 40 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          /✓/  GUILTY

## COUNT 41 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /    NOT GUILTY      /✓    GUILTY

## COUNT 42 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /    NOT GUILTY      /✓    GUILTY

## COUNT 43 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /    NOT GUILTY      /✓    GUILTY

## COUNT 44 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓/ GUILTY

## COUNT 45 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓/ GUILTY

## COUNT 46 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓/ GUILTY

## COUNT 47 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /  NOT GUILTY          /✓/  GUILTY

## COUNT 48 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /  NOT GUILTY          /✓/  GUILTY

## COUNT 49 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /  NOT GUILTY          /✓/  GUILTY

## COUNT 50 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          /✓   GUILTY

## COUNT 51 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /   NOT GUILTY          /✓   GUILTY

## COUNT 52 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /   NOT GUILTY          /✓/   GUILTY

## COUNT 53 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 54 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 55 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 56 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        / ✓ GUILTY

## COUNT 57 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        / ✓ / GUILTY

## COUNT 58 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        / ✓/ GUILTY

## COUNT 59 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the

defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of

Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY              / ✓   GUILTY

## COUNT 60 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the

defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense

of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY              / ✓   GUILTY

## COUNT 61 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the

defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of

Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY              / ✓   GUILTY

## COUNT 62 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of
Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          /✓/   GUILTY

## COUNT 63– EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of
Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          /✓   GUILTY

## COUNT 64 – EMPLOYING A MECHANIC WITHOUT A
## MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense
of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          /✓/   GUILTY

## COUNT 65 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          / ✓ /   GUILTY

## COUNT 66 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓   GUILTY

## COUNT 67 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          / ✓ /   GUILTY

## COUNT 68 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          / ✓/ GUILTY

## COUNT 69 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          / ✓/ GUILTY

## COUNT 71 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          / ✓/ GUILTY

## COUNT 72 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ /   GUILTY


## COUNT 73 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ /   GUILTY


## COUNT 74 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ /   GUILTY

## COUNT 75 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 77 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 78 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 79 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        /√/ GUILTY


## COUNT 80 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        /√/ GUILTY


## COUNT 81 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        /√/ GUILTY

## COUNT 82 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        / ✓ GUILTY

## COUNT 83 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        /✓/ GUILTY

## COUNT 84 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY        ✓/ GUILTY

## COUNT 85 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ / GUILTY

## COUNT 86 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ / GUILTY

## COUNT 87 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/   /   NOT GUILTY          / ✓ / GUILTY

## COUNT 88 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY


## COUNT 89 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY


## COUNT 90 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 91 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓ GUILTY

## COUNT 92 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓ GUILTY

## COUNT 93 – EMPLOYING A MECHANIC WITHOUT A MECHANIC'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/ / NOT GUILTY          /✓ GUILTY

## COUNT 94 – EMPLOYING A PILOT WITHOUT A PILOT'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          / ✓ GUILTY

## COUNT 95 – EMPLOYING A PILOT WITHOUT A PILOT'S CERTIFICATE

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(8):

/  /  NOT GUILTY          / ✓ GUILTY

## COUNT 96 – REGISTRATION VIOLATIONS INVOLVING HELICOPTER

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(3):

/  /  NOT GUILTY          / ✓ GUILTY

## COUNT 97 – REGISTRATION VIOLATIONS INVOLVING HELICOPTER

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 49, United States Code, Section 46306(b)(3):

/ /   NOT GUILTY          / ✓/   GUILTY


## COUNT 99 – CONSPIRACY TO COMMIT WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1349:

/ /   NOT GUILTY          / ✓/   GUILTY


## COUNT 100 – WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Sections 1343, 1346 and 2:

/ /   NOT GUILTY          / ✓/   GUILTY

## COUNT 101 – WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of
Title 18, United States Code, Sections 1343, 1346 and 2:

/ /   NOT GUILTY          / ✓ /   GUILTY


## COUNT 102 – WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of
Title 18, United States Code, Sections 1343, 1346 and 2:

/ /   NOT GUILTY          / ✓ /   GUILTY


## COUNT 103 – WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the
defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of
Title 18, United States Code, Sections 1343, 1346 and 2:

/ /   NOT GUILTY          / ✓ /   GUILTY

## COUNT 104 – WIRE FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Sections 1343, 1346 and 2:

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 105 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 106 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 107 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ /   NOT GUILTY          /✓/   GUILTY


## COUNT 108 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ /   NOT GUILTY          /✓/   GUILTY


## COUNT 109 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ /   NOT GUILTY          /✓/   GUILTY

## COUNT 110 – MONEY LAUNDERING

We, the Jury, in the above-entitled case unanimously find the defendant, JOHN D. WALKER A/K/A JON WALKER, for the offense of Title 18, United States Code, Section 1957:

/ / NOT GUILTY        / √ / GUILTY

DATED this____9ᵗʰ____ of September 2022, at Hagatna, Guam.

_____
FOREPERSON