Steven R. Welk
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
P: (949) 732-3724
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

Vanessa L. Williams
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagatña, Guam 96910
P: (671) 922-5689 | (888) 477-5657
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00010 |
| Plaintiff, | |
| vs. | **DEFENDANT JOHN WALKER'S REBUTTAL EXHIBIT LIST FOR SENTENCING HEARING** |
| JOHN D. WALKER a/k/a JON WALKER, HANSEN HELICOPTERS, INC., ET AL, | |
| Defendants. | |

Notice is hereby given that Defendant John Walker intends to offer the following exhibits at the sentencing hearing set for June 6, 2025. Mr. Walker reserves the right to offer additional exhibits as necessary, including for impeachment purposes.

1. April 30, 2025 Declaration of Cherry Espion.

2. May 12, 2024 email from Cherry Espion to Vanessa Williams (redacted)

3. May 12, 2024 Authorization letters by Cherry Espion, Oswald Espion, Antonino Padua and J. Sarimos.

//

1

In addition, Mr. Walker will be submitting separately a number of letters of support that he will ask the Court to consider and make part of the Court's record.

Dated: May 26, 2025
Hagåtña, Guam

Respectfully submitted,

**DENTONS US LLP**
/s/ Steven R. Welk
STEVEN R. WELK
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
United States
P: (949) 732-3700
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
/s/ Vanessa L. Williams
VANESSA L. WILLIAMS
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagåtña, Guam 96910
P: (671) 922-5689
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*