Steven R. Welk
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
P: (949) 732-3724
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

Vanessa L. Williams
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagatña, Guam 96910
P: (671) 922-5689 | (888) 477-5657
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER a/k/a JON WALKER, HANSEN HELICOPTERS, INC., ET AL,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**DEFENDANT JOHN WALKER'S REBUTTAL WITNESS LIST FOR SENTENCING HEARING** |

Defendant John Walker hereby gives notice that he may call the following rebuttal witnesses at sentencing. Mr. Walker reserves the right to amend this list as necessary, including for impeachment purposes.

1. Chris Rabbett
2. Tim Cornelison
3. Chance Walker
4. Joe Black
5. Sallie Black

1

6. Rose Hansen

Dated: May 15, 2025
       Hagåtña, Guam       Respectfully submitted,

**DENTONS US LLP**
*/s/ Steven R. Welk*
STEVEN R. WELK
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
United States
P: (949) 732-3700
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
*/s/ Vanessa L. Williams*
VANESSA L. WILLIAMS
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagåtña, Guam 96910
P: (671) 922-5689
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*