SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOHN D. WALKER<br>　　aka JON WALKER and<br>HANSEN HELICOPTERS, INC.,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**UNITED STATES' REBUTTAL WITNESS LIST FOR THE SENTENCING OF DEFENDANTS JOHN D. WALKER AKA JON WALKER AND HANSEN HELICOPTER, INC.** |

COMES NOW, the United States of America, by and through its undersigned counsel, and pursuant to the Order (ECF No. 2263) hereby files with the Court the following proposed rebuttal witness list to be used at sentencing. The United States reserves the right to amend or supplement this list as necessary.

//

//

//

//

//

//

1

## UNITED STATES' REBUTTAL WITNESS LIST

Philip Turner Kapp
c/o Anthony C. Perez, Esq.
Law Office of Anthony C. Perez
Hagatna, Guam

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

                                               SHAWN N. ANDERSON
                                               United States Attorney
                                               Districts of Guam and NMI

By:   */s/ Stephen F. Leon Guerrero*
        STEPHEN F. LEON GUERRERO
        Assistant U.S. Attorney

By:   */s/ Marie L. Miller*
        MARIE L. MILLER
        Special Assistant U.S. Attorney