SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER<br>    aka JON WALKER and<br>HANSEN HELICOPTERS, INC.,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**UNITED STATES' REBUTTAL EXHIBIT LIST FOR THE SENTENCING OF DEFENDANTS JOHN D. WALKER AKA JON WALKER AND HANSEN HELICOPTER, INC.** |

COMES NOW, the United States of America, by and through its undersigned counsel, and pursuant to the Order (ECF No. 2263) hereby files with the Court the following proposed rebuttal exhibit list to be used at sentencing. The United States reserves the right to amend or supplement this list as necessary.

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

                SHAWN N. ANDERSON
                United States Attorney
                Districts of Guam and NMI

By:   */s/ Stephen F. Leon Guerrero*
       STEPHEN F. LEON GUERRERO
       Assistant U.S. Attorney

By:   */s/ Marie L. Miller*
       MARIE L. MILLER
       Special Assistant U.S. Attorney

1

# UNITED STATES' REBUTTAL EXHIBIT LIST

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 234 | 1 | EXHIBIT 9: Summary Report Guam Search Warrant February 2025 | |
| 235 | 4 | G-0036-0039: IRS Information Return W-2 Info for Kapp and Reed from the Years 2015-2017 | |
| 236 | 52 | G-0092: 2017 Non-owned Aviation – GA99-8CC6E-00 Sea Global Fisheries LLC Yr 2017-2018 Insurance | X |
| 237 | 12 | G-0230: Mechanic Jesus Fancisco Molasco Hernandez File & Pilot Agreement for Eduardo C. Santos | |
| 238 | 1 | G-0242-6: FAA Message re: Deregistration N243D and various attachments pertaining to helo | X |
| 239 | 7 | G-0348: Hansen Helicopters Application for Employment - Pilot - Jose Eduardo Goncalves Marinho | |
| 240 | 1 | G-0375: Email from Reed to Jo Wilson re: Reed telling Jo Wilson how to enter Majuro dated 08/02/2013 | X |
| 241 | 1 | G-0378: Email between Crowe, "Harry", and Reed dated 07/17/2013 re: Having enough US registrations to change the entire Filipino Fleet back to US | |
| 242 | 26 | G-0397: FAA Order 3750.7a | |
| 243 | 1 | G-0585: Aircraft Registration System - Aircraft Exported between 02/29/2020 and 03/06/2020 | |
| 244 | 1 | G-604: NTSB Identification WPR10LA464 for N74LB | |
| 245 | 1 | G-0635: Email dated 09/22/2011 from Crowe to Reed re: Reviewing FAA registry and inquiring about the doctored data plate | X |
| 246 | 1 | G-0658: Email dated 09/03/2015 from Crowe to Kapp commenting how calm Reed is when "our Employees" are dying and "shit"s falling out of the sky" | X |
| 247 | 1 | G-0671: Email dated 11/30/2015 from Roger to Kapp re: Sending Kapp an example or two of 337s for a boom fairing replacement in order to catch up on paperwork | |
| 248 | 9 | G-0834: FBI 302 of Reed on 4/12/18; ADMISSIONS REED | |
| 249 | 2 | G-1093: Photo of Helicopter without and with N marking | X |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 250 | 2 | G-1248: PM List Data from Search Warrant Summary Chart | X |
| 251 | 60 | G-1376: Inspection Report from Examination of Hansen Fuselages Seized from Rogers' Facility | |
| 252 | 4 | G-1378: Captain Yom FBI Interview | |
| 253 | 2 | G-1410-24 & 36: EIR N345SD | |
| 254 | 159 | G-1417: EIR N444GJ | |
| 255 | 212 | G-1419: EIR N336SP | |
| 256 | 25 | G-1729: CONTAINER INSP 302 SN120 07-18-2017 | 2-25 |
| 257 | 1 | G-1813: Lito M. Arce INTV 302 SN301 2019-08-26 | |
| 258 | 54 | G-1843: Photos and docs from Michael Shultz 302 SN298 2019-08-13 (partially admitted) | 7 |
| 259 | 51 | G-1947: Limey Bank Record 65 | |
| 260 | 1 | G-2237: Shop photo – airplane and airframe | |
| 261 | 1 | G-2486: N243D fuselage photo in GA 2016 1-4 | |
| 262 | 1 | G-2498: 2004 Photo of N243D post-crash 1-16 | |
| 263 | 38 | G-2610: N501SU crash damage photos on ship pages 1 thru 11. N501SU shipping container photos pages 12 & 13 | |
| 264 | 68 | G-2972: Folder found during SW - N9068F (physical evidence) | X |
| 265 | 272 | G-2990: Bank records from United Cocounut Planters Bank | |
| 266 | 10 | G-3004: Certificate of Insurance for Jan's Helicopters, Inc. dated 12/31/2011 | |
| 267 | 1 | G-3006: Email from Crowe to Les re HH Sale and email from Walker dated 10/5/2016 | |
| 268 | 1 | G-3011: Email communication between Jo Snaer and Walker re Hansen Admin -Jo dated 4/16/2014 | |
| 269 | 1 | G-3013: Email from Crowe to Michael Hahm re HH dated 2/12/2014 | |
| 270 | 4 | G-3040: Memo from Walker to All Pilots edited by iChris on 6/20/2014 | |
| 271 | 99 | G-3046: Documents regarding Walker's Assertion he retired | |
| 272 | 70 | G-3075: Administrator's Motion for Summary Judgment and attachments, *Dickson v. Foxtrot Air, Inc., et al.*, Case Nos. SE-30578, SE-30579 and SE-30580 | |
| 273 | 44 | G-3076: FAA Comprehensive Report on Walker | |
| 274 | 11 | PSC_000034-44 | |
| 275 | 11 | PSC_000051-61 | |

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 276 | 10 | PSC_000215-224 | |
| 277 | 11 | PSC_000477-487 | |
| 278 | 9 | PSC_001114-1122 | |
| 279 | 2 | PSC_001167-1168 | |
| 280 | 2 | PSC_001171-1172 | |
| 281 | 29 | PSC_001339-1367 | |
| 282 | 4 | PSC_001572-1575 | |
| 283 | 2 | PSC_001696-1697 | |
| 284 | 2 | PSC_001703-1704 | |
| 285 | 8 | PSC-002180-2187 | |
| 286 | 5 | PSC_002220 | |
| 287 | 8 | PSC_002498-2505 | |
| 288 | 14 | Walker and Kapp's Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No 265 dated September 3, 2019 | |
| 289 | 11 | Exhibit 5 to U.S. Motion for Protective Order to Prevent Removal of Crucial Evidence, ECF No. 416-5 | |
| 290 | 44 | Amended and Consolidated (ECF 315) Motion to Suppress Search Warrants and Request for Evidentiary Hearing, ECF No. 541 dated June 25, 2020 | |
| 291 | 4 | Order on Defendant Walker's Motion to Dismiss Counts 100, 101, 102, 103, and 104 (ECF No. 949), ECF No. 1050 dated September 1, 2021 | |
| 292 | 295 | Partial Transcript, Testimony of Marvin Reed (Jury Trial), ECF No. 1440 | |
| 293 | 11 | Walker and Kapp's Reply to United States' Amended Reply and Response to Kapp and Walker's (ECF 1460) Cross Motion in Limine (ECF No. 1438), ECF No. 1492 dated April 29, 2022 | |
| 294 | 13 | Order Granting United States' Motion in Limine to Exclude Erroneous Legal Arguments about FAA Airmen Certification Requirements and Denying Defendants Kapp and Walker's Cross Motion in Limine, ECF No. 1535 dated May 13, 2022 | |
| 295 | 592 | Amended Transcript, Testimony of Jeffrey Guzzetti (Jury Trial), ECF No. 1892 | |
| 296 | 308 | Transcript, Testimony of Sergio Lopez (Jury Trial), ECF No. 1980 | |
| 297 | 155 | Transcript, Continued Testimony of Frank Marty (Jury Trial), ECF No. 2016 | |

4

| Exhibit No. | Page No. | Description | Admitted |
|---|---|---|---|
| 298 | 38 | Decision and Order Denying the Joint Motions for a New trial and Arrest of Judgment, ECF No. 2214 dated October 1, 2024 | |
| 299 | 5 | Final Summary Report of PI Inspection at PSC | |
| 300 | 1 | G-DA-004: No Exceptions to Operating | |
| 301 | 2 | G-DA-005: Integrity of the System | |
| 302 | 1 | G-DA-006: Anatomy of a Fraud | |
| 303 | 2 | G-DA-007: N243D History | |
| 304 | 6 | G-DA-008: N9068F Registration and Accidents | |
| 305 | 2 | G-DA-018: N501SU History | |
| 306 | 4 | G-DA-019: N717ST History | |
| 307 | 2 | G-DA-020: N1DQ History | |
| 308 | 3 | G-DA-022: N500LA History | |
| 309 | 2 | G-DA-028: N6188D History | |
| 310 | 1 | D-124: Undated Cert of a/c (Marty) | X |

## **CERTIFICATION**

COMES NOW, Stephen F. Leon Guerrero, Assistant U.S. Attorney and Marie L. Miller, Special Assistant U.S. Attorney for the District of Guam, and states that they have reviewed the proposed Rebuttal Exhibit List in Criminal Case No. 1:18-CR-00010, *United States v. John D. Walker aka Jon Walker and Hansen Helicopters, Inc.*, and certify that the Rebuttal Exhibit List are accurate to the best of their ability.

Dated this 27th day of May, 2025.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: */s/ Stephen F. Leon Guerrero*
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

By: */s/ Marie L. Miller*
MARIE L. MILLER
Special Assistant U.S. Attorney