# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING

CASE NO.: CR-18-00010-001                    DATE: June 10, 2025

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Karen Quitlong

Courtroom Deputy: Virginia T. Kilgore / Anna Perez

Court Reporter: Veronica Flores

Hearing Times: 8:14-8:24; 8:32-9:42
10:11-11:44; 1:59-3:48;
4:17-4:49; 5:44-6:54

**APPEARANCES:**

Defendant: John D. Walker

Attorney: Steven Welk, Vanessa Williams
Kirstin Ault (video)

☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Stephen Leon Guerrero / Marie Miller

U.S. Probation: Janet Yamashita

**PROCEEDINGS: Continued Sentencing**

- Mr. Welk moved to quash the subpoena from the government for Rose Hansen. He informed the court that the also represents Ms. Hansen and requested the government give Ms. Hansen an immunity agreement in exchange for her testimony. Ms. Miller stated that the government declines to offer an immunity agreement. Mr. Welk stated his client invokes her 5th amendment right and will not testify. After argument Mr. Welk withdrew Ms. Hansen's letter (ECF no. 2296-2).
- Government's presentation on the aggravated role argument marked as exhibit 314; sophisticated means enhancement argument marked as exhibit 315; and final presentation marked as Exhibit 316.
- Government withdrew its request for a sentencing enhancement as to count 10 pursuant to 2B1.1(b)(2)(A)(i).
- The court informed Mr. Welk to file his motion requesting the court to review the government's settlement agreement with Pacific Spotters Corporation.
- Defendant committed to the Bureau of Prisons for a term of <u>5 years for count 1; 3 years for counts 14 to 69 and 94 to 97; 10 years for counts 11 and 105 to 110; 15 years for count 8; 20 years for counts 99 to 104; 405 months for count 10. All terms to run concurrently, with credit for time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>2 years for counts 1, 8, 9, 11, and 99 to 110; 3 years for count 10; and 1 year for counts 14 to 69, 71 to 75, and 77 to 97. All terms to run concurrently.</u>
- Fine ordered in the amount of $250,000.00.

- Special assessment fee of $9,900.00 shall be paid immediately after sentencing.
- Court ordered the consent order of forfeiture (ECF 2237) be included in the judgment.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Mr. Welk to file his request for judicial recommendation to the court tomorrow. The court granted his request for an expedited designation. USPO to release Mr. Walker's passport to Mr. Welk.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshal's Service.

NOTES: Mr. Alex Aflague assisted the government at counsel table.