Kirstin M. Ault
COMPLEX APPELLATE LITIGATION GROUP LLP
96 Jessie Street
San Francisco, CA 94105
Telephone: 415-649-6700
kirstin.ault@calg.com
Admitted *Pro Hac Vice*

Steven R. Welk
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
P: (949) 732-3724
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

Vanessa L. Williams
LAW OFFICE OF VANESSA L.
WILLIAMS, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagatña, Guam 96910
P: (671) 922-5689
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER a/k/a JON WALKER, HANSEN HELICOPTERS, INC., ET AL.,<br><br>    Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendant John D. Walker appeals to the United States Court of Appeals for the Ninth Circuit from the sentence of the district court announced on June 10, 2025; from the judgment entered in this action on June 13, 2025; from any and all adverse rulings incorporated in, antecedent to, or ancillary to the judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, forfeiture orders, and opinions that merged into and became part of the judgment, that shaped the judgment, that are related to the judgment, or upon which the judgment is based.  *See* Dkt. 2308, 2310, 2311.

Dated: June 16, 2025

Respectfully submitted,

**COMPLEX APPELLATE LITIGATION GROUP LLP**
/s/ *Kirstin M. Ault*
    Kirstin M. Ault
Admitted *Pro Hac Vice*

**DENTONS US LLP**
/s/ *Steven R. Welk*
    Steven R. Welk
Admitted *Pro Hac Vice*

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
 /s/ *Vanessa L. Williams*
Vanessa L. Williams

*Attorneys for Defendant John D. Walker*

1

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> John D. Walker

Name(s) of counsel (if any):

> See attached

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United States of America

Name(s) of counsel (if any):

> See attached

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6   Case 1:18-cr-00010   Document 2317   Filed 06/16/25   Page 3 of 5   *New 12/01/2018*

**Appellant/Defendant**

**John D. Walker**  represented by  **Kirstin M. Ault**
*also known as*      Complex Appellate Litigation Group
Jon Walker       LLP
         96 Jessie Street
         San Francisco, CA 94105
         415-649-6700
         Email: kirstin.ault@calg.com
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*
         *Designation: Retained*

         **Steven R Welk**
         4675 MacArthur Court
         Suite 1250
         Newport Beach, CA 92660
         (949) 732-3724
         Fax: (949) 732-3739
         Email: steven.welk@dentons.com
         *LEAD ATTORNEY*
         *PRO HAC VICE*
         *ATTORNEY TO BE NOTICED*
         *Designation: Retained*

         **Vanessa L. Williams**
         GCIC Building, Suite 500
         414 West Soledad Avenue,
         Hagatna, GU 96910
         (671) 922-5689
         Email: vlw@vlwilliamslaw.com
         *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **USA**<br>*Added: 05/30/2018*<br>*(Plaintiff)* | represented by | **Stephen Leon Guerrero**<br>Office of the United States Attorney<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Hagatna, GU 96910<br>671-472-7332<br>671-472-7334 (fax)<br>stephen.leonguerrero@usdoj.gov<br>*Assigned: 05/30/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marie L. Miller**<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Ste 7th Floor<br>Washington, DC 20590<br>202-527-0280<br>marie.miller@oig.dot.gov<br>*Assigned: 12/24/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin Petersburg**<br>U.S. Attorney's Office, District of Guam<br>Suite 500, Sirena Plaza<br>108 Hernan Cortes Avenue<br>Hagatna, GU 96910<br>benjamin.petersburg@usdoj.gov<br>*Assigned: 07/18/2023*<br>*ATTORNEY TO BE NOTICED* |