1        IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF GUAM

3   _____

4   UNITED STATES OF AMERICA,

5          Plaintiff,

6       v.                          Case No.

7   JOHN D. WALKER,                    1:18-cr-00010

8       aka JON WALKER,

9   MARVIN R. REED, KENNETH R. CROWE,

10  PHILLIP T. KAPP, RANDALL ROGERS,

11  HANSEN HELICOPTERS, INC., et al.,

12          Defendants.

13  _____

14                    HEARING

15          DATE:     Monday, June 13, 2022

16          TIME:     8:35 a.m.

17          BEFORE:   Honorable Frances M.

18                    Tydingco-Gatewood

19          LOCATION: United States Courthouse

20                    520 West Soledad Avenue

21                    Hagåtña, Guam 96910

22          RECORDER: Carmen B. Santos

23

24

25

Veritext Legal Solutions
www.veritext.com
Case 1:18-cr-00010   Document 2358   Filed 07/31/25   Page 1 of 32
212-267-6868                516-608-2400

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF:

3         SAMANTHA R. MILLER, ESQUIRE

4         Office of the United States Attorney

5         Sirena Plaza

6         108 Hernan Cortez, Suite 500

7         Hagåtña, GU 96910

8

9    ON BEHALF OF DEFENDANT, JOHN D. WALKER:

10        MACK K. MARTIN, ESQUIRE

11        Martin Law Office

12        125 Park Avenue, Fifth Floor

13        Oklahoma City, OK 73102

14

15   ON BEHALF OF DEFENDANT, PHILLIP T. KAPP:

16        EDWARD A. MCCONWELL, SR., ESQUIRE

17        LAURA L. MCCONWELL, ESQUIRE

18        McConwell Law Offices

19        8000 Foster Street

20        Overland Park, KS 66204

21

22

23

24

25

Veritext Legal Solutions
Case 1:13-cv-00010   Document 2358   Filed 07/31/25   Page 2 of 32
212-267-6868        www.veritext.com        516-608-2400

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Please rise for the jury.
 3              (Jury enters)
 4              THE COURT:  Please be seated, ladies
 5    and gentlemen.  Okay.  Let's go ahead and call
 6    the case, and then -- let's see, can we -- you
 7    can see everybody on there, right, ladies and
 8    gentlemen?
 9              JUROR:  Yes.
10              THE COURT:  Okay.  Let's go ahead and
11    call the case, Carmen.
12              CLERK:  Good Morning, Your Honor.  This
13    is Criminal Case Number 18-00010, the United
14    States of America v. John D. Walker and Hansen
15    Helicopters.  Status hearing.
16              Counsel, please state your appearances
17    beginning with the Government.
18              MS. S. MILLER:  Håfa adai, Your Honor,
19    this is Samantha Miller, on behalf of the United
20    States.  And Special Assistant U.S. Attorney
21    Marie Miller is also on by telephone.
22              MS. M. MILLER:  Håfa adai, Your Honor.
23              THE COURT:  Håfa adai, Ms. Marie Miller
24    and Samantha Miller.
25              MR. MARTIN:  Good afternoon, Your
```

1    Honor.  This is Mack Martin, and also with me is

2    John Walker, who's in the bottom -- on my screen

3    on the bottom right.

4           THE COURT:  Okay.  So Mack Martin and

5    Mr. Walker.  Good morning, Mr. Walker and Mr.

6    Martin.

7           MR. WALKER:  Good morning.

8           MR. MCCONWELL:  Good morning, Your

9    Honor.  Edward McConwell, Laura McConwell for

10   Hansen Helicopter.

11          THE COURT:  Okay, good morning, Mr.

12   McConwell, Ms. McConwell.  And then how about Mr.

13   Han?

14          MR. MCCONWELL:  I think he went to

15   Korea, Your Honor.

16          MS. S. MILLER:  Mr. Han will not be

17   joining us.

18          MR. MCCONWELL:  That's correct.

19          THE COURT:  Okay, very well.  All

20   right.  So the juror -- all the jurors are

21   present with the exception of Juror Number 2,

22   who's seated in number two.  She is ill, but

23   she's not personally present.  But she's on the

24   phone.  Is that right, Juror Number 2?

25          JUROR:  Yes, Your Honor.  Thank you.

1           THE COURT:  Okay.  So she's not --
2      okay, she's not feeling well.  So let me just
3      give the jurors an update.  As you know, we
4      recessed the other day, and we were supposed to
5      come back on Friday or Thursday, Friday, right.
6      And unfortunately, one of the lawyers became ill.
7      COVID.  And so that meant, like, today would be
8      the fifth day and possibly that lawyer could come
9      in.
10          But I said that anybody else associated
11      with that lawyer who's been in this courtroom
12      would have to get tested as well today because I
13      didn't want them to come into the courtroom to
14      infect anyone.  That was an issue that I had.
15      And plus, I wasn't sure how the lawyer might be
16      today because the results would be revealing
17      today.
18          But in addition, we have four jurors,
19      three of whom are going on vacation or going off
20      island this week, as you know and you know who
21      you are.  I've got the jury numbers here, and
22      those include, for example, I'm not going to say
23      your name, but I'll tell you the dates.  We have
24      today is June 13th.  So June 14th.  Tomorrow's a
25      departure date for one of our jurors, Juror

Veritext Legal Solutions
Case 1:18-cv-80010    Document 2358    Filed 07/31/25    Page 5 of 32
212-267-6868                 www.veritext.com                 516-608-2400

1    Number 4.  Right.  And then June 15, the day

2    after Juror Number 3 has a departure date.  Is

3    that correct?

4              JUROR:  That's next week.

5              THE COURT:  Oh, next week.  Okay.  I

6    had June 15th.  Did that change?

7              JUROR:  Yes.

8              THE COURT:  Okay, that changed.  When

9    is your return date?

10             JUROR:  The 20th.

11             THE COURT:  Okay.  So 20.  I'm sorry.

12    So what is your date?  You're going to depart

13    June 20 --

14             JUROR:  (Indiscernible)

15             THE COURT:  Okay.  And arrive when?

16             JUROR:  (Indiscernible)

17             THE COURT:  July 25th.  Thank you for

18    telling me that now.  And then we also have a

19    juror, Juror Number 9, whose departure date is --

20    oh, yeah, July -- I'm sorry, June 18th, which is

21    next -- wait, 13, 14, Saturday.  And return back

22    July 9th.  Correct?  All right, and then Juror

23    Number 8, the date for being, being away was June

24    22nd.  Correct?  Just one day.  Let's see.  I

25    have a return -- oh, Juror Number 4.  Juror

1    Number 4.  Okay.  Return date is July 28th.

2    Correct?  Okay.  So that was a critical time,

3    July 28th.

4              So what I did was as I sat down and

5    evaluated this, we have, you know, potential

6    jurors, I mean, attorneys who are ill.  And I

7    just wasn't sure.  It was just too uncertain if

8    they would be ready to go today and we would be

9    finished by today.  And there's no way because

10   the prosecution still has three more witnesses to

11   go, plus a deposition witness, so three live

12   witnesses and a deposition witness.

13             We still have to go through legal

14   motions.  The Court has to take care of legal

15   motions.  And then we have potentially the

16   defense has to let us know if they want to put on

17   a case-in-chief, which they don't, but they have

18   to make a decision.  And then there's motions

19   after that and then we have our jury

20   instructions.

21             So realistically, we have at the very

22   most, at the very most, two weeks to finish

23   everything, but probably less than that.  I don't

24   know, it depends on how fast we go, but that's

25   where we are.  So I needed to speak to you

1    because we're going to continue this trial in

2    August.  So that means that'll allow the jurors,

3    jurors that will come back on the 25th and the

4    28th to go ahead and go on your preplanned

5    vacation, because we honestly thought that this

6    trial would be completed way before then.

7              And you know, unfortunately, this, I

8    mean, it happens that there are delays in trial

9    that are unexpected.  The one thing I would say

10   to all of the jurors, including the juror who's

11   on the line now, Juror Number 2 is ill, that each

12   and every one of you, and I know the attorneys

13   join me in saying this, we're very happy and

14   proud that you all have hung in there and even

15   have asked me to continue to hold jury trial in

16   the evening.  And we've held it on Saturdays,

17   we've held on holiday time and so forth.

18              So what I want to do is I'm going to

19   have you speak to -- look at your schedules and

20   also because I don't know your schedules -- the

21   attorneys want to look at.  The attorneys will

22   obviously want to work with your schedules, as I

23   do for August.  We're going to look at sometime

24   in August, so everybody comes back July -- when

25   the last person that comes back is July 28th.

1   And so I'm going to ask Walter if he could speak
2   with all of you.  Now all of you are here right
3   now.  And when I'm going to -- when we recess
4   today -- when we recess today until the next time
5   we meet, and I'll have a status hearing before
6   this, I'm going to, you know, excuse the lawyers,
7   excuse myself, and then let you guys speak
8   amongst yourselves and with the other jurors.  Is
9   that easier to do it that way since you're all
10  here?
11              JUROR:  Yeah.
12              THE COURT:  Why don't we do that?  Or
13  else, do you guys just want to go into your room,
14  discuss it in there, then come out here?  Or we
15  could get a phone and you could discuss it with
16  the juror that's ill.  Because I told the juror
17  that's ill not to come in.  What's easier?  Just
18  stay here?
19              JUROR:  Yeah.
20              THE COURT:  Stay here.  Right?  Okay.
21  So I'll leave.  We'll leave.  And Carmen, we
22  could just let them discuss it, right?  It
23  doesn't have to be on the record.  They can just
24  discuss it.  Yeah.  All right.  We'll take care.
25  We'll leave.  You guys can -- yeah, you guys can

1    talk to each other.  All right.  So what I'm

2    going to do is I'm going to -- is there anything

3    else, Counsels?  So you will Let Walter know, Mr.

4    Tenorio, my jury administrator, know, and we'll

5    come back and we'll have the same schedule, trial

6    schedule.

7              All the prosecutors, defense counsels

8    will come back and work.  They've already -- most

9    of them have departed.  And then we will continue

10   on.  Let me just ask prosecution, Ms. Marie

11   Miller, is there anything that you want?  Is

12   there anything else I need to cover?  And I'll

13   give you guys a briefing schedule as well.

14             MS. M. MILLER:  Yes, Your Honor, I

15   would only ask.  So I myself have had a family

16   vacation scheduled for over a year that starts on

17   September 1st.  So to the extent that we could

18   start as early in August as possible, that would

19   be preferable.

20             THE COURT:  Yep, that's fine.  That's

21   good to know.  So that's good to know.

22             MS. M. MILLER:  Yes.  But other than

23   that, Your Honor, no, everything is good to go.

24   I echo your statement about the jurors.  Just we

25   appreciate their commitment tremendously.  Thank

1    you.

2              THE COURT:  Yeah.  And I was thinking

3    that if we -- the earliest we could start, and

4    I'm looking at the schedule because of August,

5    because of my August schedule too, is July 30th,

6    which is a Saturday.  I hate to ask you to do

7    that, but to start on July 30th, Saturday, or for

8    sure, August 1, which is Monday.  So you guys let

9    the jurors talk about it amongst each other.

10   I'll let you guys talk about it.  Is it -- so

11   yes, Ms. McConwell, you wanted to say something?

12             MS. MCCONWELL:  I have a commitment

13   from July 30th through August 6th.

14             THE COURT:  Oh, July 30th to August

15   6th.

16             MS. MCCONWELL:  Yes, ma'am.

17             THE COURT:  All right.  So that's good

18   to know.  Let's just pull this through.  Anybody

19   else, lawyers?  Okay, now, we know Marie Miller

20   is September.  Ms. McConwell is July 30th to

21   August 6th.  Mr. Martin?

22             MR. MARTIN:  Your Honor?

23             THE COURT:  Yeah.

24             MR. MARTIN:  My only commitment is I

25   have a hearing has been continued three times.

1  It's now set for August 15th and 16th, which is

2  kind of a major hearing.  I'll talk to the judge

3  and see if I can continue it one more time.  I

4  just want to make you aware of that.  If I have

5  any issue, I'll come to the --

6          THE COURT:  Okay.  All right.  So

7  August 6th, August 15th, and then how about you,

8  Mr. McConwell?

9          MR. MCCONWELL:  Your Honor, I'm going

10  to go ahead and have my surgery next week, and I

11  should be okay by the 10th of August.  And

12  probably, realistically, after Mr. Martin's

13  hearing is when we're going to be -- it's

14  probably going to work out that way.

15          MS. M. MILLER:  Your Honor, that is

16  obviously going to be pushing it way too close to

17  September 1 if we do that.

18          THE COURT:  Well, if we do -- so when

19  I, when we spoke with the lawyers the other day,

20  we gave two weeks as the outer bound time.  So,

21  so August 15 to August 26 might -- I'm sorry,

22  August 15 -- I see what you're saying.  Oh, yeah.

23  Or 29th.  August 25 to 29.  Your thing doesn't

24  start to September 1, right?

25          MS. M. MILLER:  Yes, Your Honor, it

1    doesn't start until September 1.  But if Mr.

2    Martin could adjust his hearing, I don't see any

3    reason why we couldn't start sooner.

4              THE COURT:  Well, look at -- we'll look

5    at the calendar.  I will tell you that I have to

6    be in Washington, D.C.  I don't know if I can get

7    out of that commitment.  August 10th through the

8    12th.  So that's kind of -- so if he does -- if

9    he goes August 15, maybe he can have his hearing

10   before that, and we could start August 15th or

11   yeah, right around --

12             MS. M. MILLER:  If we start August

13   15th, it will be guaranteed to be done before

14   September 1, and that'll be fantastic.

15             THE COURT:  Yeah.

16             MR. MARTIN:  Marie?  How long are you

17   gone, Marie?

18             MS. M. MILLER:  I'm gone for a month.

19             THE COURT:  Oh, yeah, yeah, we don't

20   want that.  We want this done, like, sooner than

21   later so you guys can remember all the, you know,

22   excitement that you just had in the last six

23   weeks.

24             MS. M. MILLER:  I mean, that is the

25   other challenge here, Your Honor, is obviously,

1    the longer we wait, the more challenging it

2    becomes for the jury, because we started the case

3    in February.  So, you know, anyway, I think, you

4    know, the soonest in August we could start the

5    best.

6              THE COURT:  Okay.  So I'll let --

7              MR. MARTIN:  Your Honor?

8              THE COURT:  Yes, Mr. Martin?

9              MR. MARTIN:  I was just going to say,

10   let's all get our calendars and get together and

11   try to get a date that can work for everybody.

12   That's about all we can do, Judge.

13             THE COURT:  I know.  I would say that

14   August 15th start date sounds reasonable based on

15   your schedules.  Oh, let me just ask Samantha

16   Miller.  I'm sorry, Ms. Samantha Miller.  You're

17   schedule, too?

18             MS. S. MILLER:  Thank you, Your Honor.

19   Any of those dates in August would be fine for

20   me.

21             THE COURT:  Okay, very well.  Yes, Ms.

22   McConwell.

23             MS. MCCONWELL:  Well, Your Honor, I was

24   just going to say, when we were discussing juror

25   vacations early on, I didn't have on my list

```
 1    anything after the first four jurors, and I don't
 2    know what other jurors might already have
 3    commitments in that timeframe.  So we probably
 4    need to find that out as well.
 5             THE COURT:  Yeah.  They'll talk to each
 6    other.  I'll let them talk to each other rather
 7    than us do that.  Let them talk to each other so
 8    they kind of have an idea where we are.  We're
 9    looking at hopefully starting August 15th, start
10    date and trying to get it done.  Prosecution,
11    realistically, Ms. Marie Miller, how long just in
12    your case-in-chief, to finish your case-in-chief?
13    Is that true you only have three live witnesses
14    remaining and one deposition?
15             MS. M. MILLER:  Yes, Your Honor.  Yes,
16    and we are not going to use the deposition, so
17    that's scratched.  And we have --
18             THE COURT:  Sorry, Emily, we really had
19    to work through all that.  But go ahead.
20             MS. M. MILLER:  I know.  We're trying
21    to finish efficiently and effectively.
22             THE COURT:  Perfect.
23             MS. M. MILLER:  So we have the rest of
24    Mr. (indiscernible), the IRS agent --
25             THE COURT:  Yeah.
```

1    MS. M. MILLER:  And then we have Mr.
2  Guzzetti, who's already been identified as an
3  expert, so his background has already been
4  presented to the jury.  And then we have Jeffrey
5  Klang, who is our summary witness, and we are
6  finished.  So we will be finished within three
7  days of starting.
8    THE COURT:  Okay.  Oh, oh, okay.  So if
9  you're -- if we start -- realistically, if we
10  start August 15, 16, 17, you will be done by the
11  17th hopefully?
12    MS. M. MILLER:  We will be done by the
13  end of the 17th.  Yes, Your Honor.
14    THE COURT:  Okay.  Which is a
15  Wednesday.  And then -- okay, and then Mr.
16  Martin, Ms. McConwell, Mr. McConwell and Mr. Han
17  -- well, you can tell Mr. Han, you guys should be
18  prepared to figure out what -- how you want to
19  proceed and be ready to proceed if you're going
20  to, you know, whatever way you're going to go.
21  So we know.  And then I'm going to issue -- so
22  the jurors know, the attorneys are filing they're
23  briefing.  I just sent -- I'm just doing a
24  briefing schedule right now on -- that's in --
25  oh, I'm sorry, that's in Crowe.  Yeah, but no,

1  but we're going to issue a briefing schedule on

2  during jury instructions.  Once we get jury

3  instructions.

4          My law clerk and I are working on  jury

5  instructions, Counsels, as you know.  So we'll

6  send you ours and then you get back, we'll give

7  you a briefing schedule to meet and confer and

8  only tell me what you're going to -- and I've

9  already said this.  Tell me what you're going to

10  object to and what substitution you have and

11  what's the source of that substitution on jury

12  instruction so that we can hopefully -- it's my

13  goal, if we can get it done the week of the 15th,

14  that'll be nice.  And then the jurors can just

15  start deliberating.  Okay.

16          MS. M. MILLER:  Perfect.  Thank you,

17  Your Honor.

18          THE COURT:  Yeah.  But I want to

19  emphasize to these very dedicated and faithful

20  jurors that we need you to stay tight, stay

21  healthy, stay together, because we need you to

22  the end.  All of you.  Every one of you who's in

23  this courtroom.  Okay.  And our juror that's ill.

24  All right.  Any questions?  Any --

25          JUROR:  Your Honor, may I --

```
 1              THE COURT:  Yes.  Yes, Juror Number 2?
 2              JUROR:  Okay, I'm just -- yeah, I
 3    should be okay.  My August schedule should be
 4    okay.
 5              THE COURT:  Okay, well, you --
 6              JUROR:  (Indiscernible) vacation until
 7    October, November.
 8              THE COURT:  I'm sorry?
 9              JUROR:  My vacation will not be -- my
10    vacation schedule is not until October or
11    November.  So that will be okay.
12              THE COURT:  Oh, we will be done by
13    then.  That is the goal, my dear.  That is the
14    goal.  How about jurors?  Any questions from the
15    jurors?  None?  Okay.  Yes?
16              JUROR:  Since there's three alternates
17    left, would it be possible if when they get
18    better to finish this?  If we talk amongst
19    ourselves and we use the three alternates and
20    they leave or do we have to wait for them?
21              THE COURT:  No, all the alternates have
22    to stay in.
23              JUROR:  Oh.
24              THE COURT:  No, the alternates are
25    still -- you guys are still --
```

1           JUROR:  Oh.

2           THE COURT:  No, you are still very

3    important.  Let me tell you something.  And

4    alternates are just as important as the

5    non-alternates.

6           JUROR:  Okay.

7           THE COURT:  Probably, you Know, if I

8    had to do it again, we wouldn't call you

9    alternates.  But if anything, like, for example,

10   and I think I've said this, if anything were to

11   happen to any of these jurors during

12   deliberation, we have to call you in and they

13   start the deliberation again.

14          JUROR:  Oh, okay.

15          THE COURT:  So you guys are very

16   important.  So I don't want you to separate

17   because you're not second class citizens here.

18   You guys are still really -- you're just as

19   important, really.  I mean, we look at you, we

20   lost three.  So see, if we had gone forward here,

21   here's the way I looked at it.  If we had gone

22   forward this week and there would have been a

23   risk that we would have --

24          JUROR:  Yeah.

25          THE COURT:  Three jurors would have had

1    to go on their vacation.  If we had gone forward,

2    we would have used all three alternates.  But

3    what if something happened to another juror?  We

4    have to start this trial again from the

5    beginning.

6              JUROR:  Yeah, okay.

7              THE COURT:  We do not want to start

8    this trial again.

9              JUROR:  Yes.

10             MR. MARTIN:  Your Honor --

11             THE COURT:  You know, for a lot of

12   reasons.  It's a cost factor.  The Defendant has

13   a right to get his trial done.  The Defendant has

14   a right to have his trial proceed.  And the

15   Defendant and the prosecution both chose all of

16   you jurors, you know, the 12, and then the

17   alternates and so forth.  So that was critical in

18   our decision-making.  All of you, the remaining

19   jurors, the 15 of you are very critical to the

20   successful completion of this case.  Yes, Mr.

21   Martin, did you --

22             MR. MARTIN:  Your Honor, I was just

23   going to ask if you could go ahead and remind the

24   jurors of the admonition not to discuss the case

25   among themselves.

1    THE COURT:  Yes.  I was going to do.

2    Yeah, I'm going to do that.

3            MR. MARTIN:  Thank you.

4            THE COURT:  All right.  So, ladies and

5    gentlemen, the jury, of course, you know, you

6    guys are -- have seen most of the trial.  We're

7    at the very end, really.  The prosecution really

8    only has a couple of days left, two or three days

9    remaining, three witnesses, and that's what she's

10   indicated.

11           So it's important that you still keep

12   an open mind.  And I know that you probably have

13   memorized this instruction.  Do not speak to

14   anyone on any subject connected with the trial.

15   You know, if somebody says, hey, are you a juror?

16   You can say yes, but I can't speak about anything

17   that's going on in this courtroom.  It's critical

18   that you base your decision only on the evidence

19   that you hear in this courtroom and the law, as I

20   give to you.

21           Also, too, I gave you that long

22   instruction a couple of times about staying away

23   from any social media accounts of this trial.

24   For example, the newspaper, the radio, the

25   television, Facebook and so forth.  Do not look

1  at any of those accounts of it, of the trial, if

2  you see it or come across it, and clearly do not

3  be influenced by it.  You cannot be.  The main

4  component of your deliberation has to be that you

5  receive the evidence here in the courtroom and

6  you follow the law as the Court gives you.  Okay?

7           JUROR:  Okay.

8           THE COURT:  So make sure that you do.

9  Any questions?

10           JUROR:  No.

11           THE COURT:  No?  Thank you very much.

12  Okay, we will recess.  Counselors, we're going to

13  get off the record now.  Nobody -- this will not

14  be recorded.  Only this part's recorded for my

15  jury -- I mean, for my record.  But we will get

16  off the public Zoom.  I mean, everything.  And

17  only the jurors will be able to speak to each

18  other.  Okay.

19           MR. MARTIN:  Thank you, Your Honor.

20           THE COURT:  And Number 2, please do not

21  hang up.  Okay, Juror Number 2?

22           JUROR:  Okay, Your Honor.

23           THE COURT:  All right.  All right, you

24  take care.  Thank you, everyone.  Be safe.

25           MS. M. MILLER:  Thank you, Your Honor.

```
 1            THE COURT:  I'll see you all pretty
 2   soon again.
 3            JUROR:  Okay.
 4            THE COURT:  Yeah.
 5            MR. MCCONWELL:  Thank you, Your Honor.
 6            THE COURT:  Yes.
 7            MS. M. MILLER:  Thank you, Your Honor.
 8            THE COURT:  Okay, bye.
 9            MS. M. MILLER:  Have a good day.
10            MS. MCCONWELL:  Thank you, Your Honor.
11            THE COURT:  Have a good day, too.  Take
12   care.
13            MS. M. MILLER:  Thank you.
14            MS. MCCONWELL:  Thank you, jurors.
15            MR. MCCONWELL:  Bye.
16            THE COURT:  Okay.
17            (Proceedings adjourned at 8:56 a.m.)
18
19
20
21
22
23
24
25
```

1          C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *[signature]*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: July 29, 2025

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Case 1:23-cv-00010    Document 2358    Filed 07/31/25    Page 24 of 32    516-608-2400
212-267-6868          www.veritext.com

## 0

**00010**  1:7

## 1

**1**  11:8 12:17,24
  13:1,14
**108**  2:6
**10th**  12:11
  13:7
**11501**  24:14
**12**  20:16
**12151**  24:7
**125**  2:12
**12th**  13:8
**13**  1:15 6:21
**13th**  5:24
**14**  6:21
**14th**  5:24
**15**  6:1 12:21,22
  13:9 16:10
  20:19
**15th**  6:6 12:1,7
  13:10,13 14:14
  15:9 17:13
**16**  16:10
**16th**  12:1
**17**  16:10
**17th**  16:11,13
**18-00010**  3:13
**18th**  6:20
**1:18**  1:7
**1st**  10:17

## 2

**2**  4:21,24 8:11
  18:1 22:20,21
**20**  6:11,13

**2022**  1:15
**2025**  24:16
**20th**  6:10
**22nd**  6:24
**25**  12:23
**25th**  6:17 8:3
**26**  12:21
**28th**  7:1,3 8:4
  8:25
**29**  12:23 24:16
**29th**  12:23

## 3

**3**  6:2
**300**  24:13
**30th**  11:5,7,13
  11:14,20
**330**  24:12

## 4

**4**  6:1,25 7:1

## 5

**500**  2:6
**520**  1:20

## 6

**66204**  2:20
**6th**  11:13,15
  11:21 12:7

## 7

**73102**  2:13

## 8

**8**  6:23
**8000**  2:19
**8:35**  1:16
**8:56**  23:17

## 9

**9**  6:19
**96910**  1:21 2:7
**9th**  6:22

## a

**a.m.**  1:16 23:17
**able**  22:17
**accounts**  21:23
  22:1
**accurate**  24:4
**adai**  3:18,22,23
**addition**  5:18
**adjourned**
  23:17
**adjust**  13:2
**administrator**
  10:4
**admonition**
  20:24
**afternoon**  3:25
**agent**  15:24
**ahead**  3:5,10
  8:4 12:10
  15:19 20:23
**aka**  1:8
**al**  1:11
**allow**  8:2
**alternates**
  18:16,19,21,24
  19:4,5,9 20:2
  20:17
**america**  1:4
  3:14
**anybody**  5:10
  11:18

**anyway**  14:3
**appearances**
  3:16
**appreciate**
  10:25
**arrive**  6:15
**asked**  8:15
**assistant**  3:20
**associated**  5:10
**attorney**  2:4
  3:20
**attorneys**  7:6
  8:12,21,21
  16:22
**august**  8:2,23
  8:24 10:18
  11:4,5,8,13,14
  11:21 12:1,7,7
  12:11,21,21,22
  12:23 13:7,9
  13:10,12 14:4
  14:14,19 15:9
  16:10 18:3
**avenue**  1:20
  2:12
**aware**  12:4

## b

**b**  1:22
**back**  5:5 6:21
  8:3,24,25 10:5
  10:8 17:6
**background**
  16:3
**base**  21:18
**based**  14:14
**beginning**  3:17
  20:5

Veritext Legal Solutions
www.veritext.com                                          516-608-2400
Case 1:25-cv-00010   Document 2358   Filed 07/31/25   Page 25 of 32

**behalf**  2:2,9,15
  3:19
**best**  14:5
**better**  18:18
**bottom**  4:2,3
**bound**  12:20
**briefing**  10:13
  16:23,24 17:1
  17:7
**bye**  23:8,15

## c

**c**  2:1 3:1 24:1,1
**calendar**  13:5
**calendars**
  14:10
**call**  3:5,11 19:8
  19:12
**care**  7:14 9:24
  22:24 23:12
**carmen**  1:22
  3:11 9:21
**case**  1:6 3:6,11
  3:13 7:17 14:2
  15:12,12 20:20
  20:24
**certify**  24:3
**challenge**
  13:25
**challenging**
  14:1
**change**  6:6
**changed**  6:8
**chief**  7:17
  15:12,12
**chose**  20:15
**citizens**  19:17

**city**  2:13
**class**  19:17
**clearly**  22:2
**clerk**  3:12 17:4
**close**  12:16
**come**  5:5,8,13
  8:3 9:14,17
  10:5,8 12:5
  22:2
**comes**  8:24,25
**commitment**
  10:25 11:12,24
  13:7
**commitments**
  15:3
**completed**  8:6
**completion**
  20:20
**component**
  22:4
**confer**  17:7
**connected**
  21:14
**continue**  8:1
  8:15 10:9 12:3
**continued**
  11:25
**correct**  4:18
  6:3,22,24 7:2
**cortez**  2:6
**cost**  20:12
**counsel**  3:16
**counselors**
  22:12
**counsels**  10:3,7
  17:5

**country**  24:12
**couple**  21:8,22
**course**  21:5
**court**  1:1 3:2,4
  3:10,23 4:4,11
  4:19 5:1 6:5,8
  6:11,15,17
  7:14 9:12,20
  10:20 11:2,14
  11:17,23 12:6
  12:18 13:4,15
  13:19 14:6,8
  14:13,21 15:5
  15:18,22,25
  16:8,14 17:18
  18:1,5,8,12,21
  18:24 19:2,7
  19:15,25 20:7
  20:11 21:1,4
  22:6,8,11,20
  22:23 23:1,4,6
  23:8,11,16
**courthouse**
  1:19
**courtroom**
  5:11,13 17:23
  21:17,19 22:5
**cover**  10:12
**covid**  5:7
**cr**  1:7
**criminal**  3:13
**critical**  7:2
  20:17,19 21:17
**crowe**  1:9
  16:25

## d

**d**  1:7 2:9 3:1,14
**d.c.**  13:6
**date**  1:15 5:25
  6:2,9,12,19,23
  7:1 14:11,14
  15:10 24:16
**dates**  5:23
  14:19
**day**  5:4,8 6:1
  6:24 12:19
  23:9,11
**days**  16:7 21:8
  21:8
**dear**  18:13
**decision**  7:18
  20:18 21:18
**dedicated**
  17:19
**defendant**  2:9
  2:15 20:12,13
  20:15
**defendants**
  1:12
**defense**  7:16
  10:7
**delays**  8:8
**deliberating**
  17:15
**deliberation**
  19:12,13 22:4
**depart**  6:12
**departed**  10:9
**departure**  5:25
  6:2,19
**depends**  7:24

**deposition**
7:11,12 15:14
15:16
**discuss** 9:14,15
9:22,24 20:24
**discussing**
14:24
**district** 1:1,2
**doing** 16:23

**e**

**e** 2:1,1 3:1,1
24:1
**earliest** 11:3
**early** 10:18
14:25
**easier** 9:9,17
**echo** 10:24
**edward** 2:16
4:9
**effectively**
15:21
**efficiently**
15:21
**emily** 15:18
**emphasize**
17:19
**enters** 3:3
**esquire** 2:3,10
2:16,17
**et** 1:11
**evaluated** 7:5
**evening** 8:16
**everybody** 3:7
8:24 14:11
**evidence** 21:18
22:5

**example** 5:22
19:9 21:24
**exception** 4:21
**excitement**
13:22
**excuse** 9:6,7
**expert** 16:3
**extent** 10:17

**f**

**f** 24:1
**facebook** 21:25
**factor** 20:12
**faithful** 17:19
**family** 10:15
**fantastic** 13:14
**fast** 7:24
**february** 14:3
**feeling** 5:2
**fifth** 2:12 5:8
**figure** 16:18
**filing** 16:22
**find** 15:4
**fine** 10:20
14:19
**finish** 7:22
15:12,21 18:18
**finished** 7:9
16:6,6
**first** 15:1
**floor** 2:12
**follow** 22:6
**foregoing** 24:4
**forth** 8:17
20:17 21:25
**forward** 19:20
19:22 20:1

**foster** 2:19
**four** 5:18 15:1
**frances** 1:17
**friday** 5:5,5

**g**

**g** 3:1
**gatewood** 1:18
**gentlemen** 3:5
3:8 21:5
**give** 5:3 10:13
17:6 21:20
**gives** 22:6
**go** 3:5,10 7:8
7:11,13,24 8:4
8:4 9:13 10:23
12:10 15:19
16:20 20:1,23
**goal** 17:13
18:13,14
**goes** 13:9
**going** 5:19,19
5:22 6:12 8:1
8:18,23 9:1,3,6
10:2,2 12:9,13
12:14,16 14:9
14:24 15:16
16:19,20,21
17:1,8,9 20:23
21:1,2,17
22:12
**good** 3:12,25
4:5,7,8,11
10:21,21,23
11:17 23:9,11
**government**
3:17

**gu** 2:7
**guam** 1:2,21
**guaranteed**
13:13
**guys** 9:7,13,25
9:25 10:13
11:8,10 13:21
16:17 18:25
19:15,18 21:6
**guzzetti** 16:2

**h**

**hagåtña** 1:21
2:7
**han** 4:13,16
16:16,17
**hang** 22:21
**hansen** 1:11
3:14 4:10
**happen** 19:11
**happened** 20:3
**happens** 8:8
**happy** 8:13
**hate** 11:6
**healthy** 17:21
**hear** 21:19
**hearing** 1:14
3:15 9:5 11:25
12:2,13 13:2,9
**held** 8:16,17
**helicopter** 4:10
**helicopters**
1:11 3:15
**hernan** 2:6
**hey** 21:15
**hold** 8:15
**holiday** 8:17

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400
Case 1:23-cv-00010 Document 235 Filed 07/31/25 Page 27 of 32

**honestly** 8:5
**honor** 3:12,18
  3:22 4:1,9,15
  4:25 10:14,23
  11:22 12:9,15
  12:25 13:25
  14:7,18,23
  15:15 16:13
  17:17,25 20:10
  20:22 22:19,22
  22:25 23:5,7
  23:10
**honorable** 1:17
**hopefully** 15:9
  16:11 17:12
**hung** 8:14
**hyde** 24:3
**håfa** 3:18,22
  3:23

**i**

**idea** 15:8
**identified** 16:2
**important** 19:3
  19:4,16,19
  21:11
**include** 5:22
**including** 8:10
**indicated**
  21:10
**indiscernible**
  6:14,16 15:24
  18:6
**infect** 5:14
**influenced**
  22:3
**instruction**
  17:12 21:13,22

**instructions**
  7:20 17:2,3,5
**irs** 15:24
**island** 5:20
**issue** 5:14 12:5
  16:21 17:1

**j**

**jeffrey** 16:4
**john** 1:7 2:9
  3:14 4:2
**join** 8:13
**joining** 4:17
**jon** 1:8
**judge** 12:2
  14:12
**july** 6:17,20,22
  7:1,3 8:24,25
  11:5,7,13,14
  11:20 24:16
**june** 1:15 5:24
  5:24 6:1,6,13
  6:20,23
**juror** 3:9 4:20
  4:21,24,25
  5:25 6:2,4,7,10
  6:14,16,19,19
  6:22,25,25
  8:10,11 9:11
  9:16,16,19
  14:24 17:23,25
  18:1,2,6,9,16
  18:23 19:1,6
  19:14,24 20:3
  20:6,9 21:15
  22:7,10,21,22
  23:3

**jurors** 4:20 5:3
  5:18,25 7:6 8:2
  8:3,10 9:8
  10:24 11:9
  15:1,2 16:22
  17:14,20 18:14
  18:15 19:11,25
  20:16,19,24
  22:17 23:14
**jury** 3:2,3 5:21
  7:19 8:15 10:4
  14:2 16:4 17:2
  17:2,4,11 21:5
  22:15

**k**

**k** 2:10
**kapp** 1:10 2:15
**keep** 21:11
**kenneth** 1:9
**kind** 12:2 13:8
  15:8
**klang** 16:5
**know** 5:3,20,20
  7:5,16,24 8:7
  8:12,20 9:6
  10:3,4,21,21
  11:18,19 13:6
  13:21 14:3,4
  14:13 15:2,20
  16:20,21,22
  17:5 19:7
  20:11,16 21:5
  21:12,15
**korea** 4:15
**ks** 2:20

**l**

**l** 2:17
**ladies** 3:4,7
  21:4
**laura** 2:17 4:9
**law** 2:11,18
  17:4 21:19
  22:6
**lawyer** 5:8,11
  5:15
**lawyers** 5:6 9:6
  11:19 12:19
**leave** 9:21,21
  9:25 18:20
**ledanski** 24:3
**left** 18:17 21:8
**legal** 7:13,14
  24:11
**line** 8:11
**list** 14:25
**live** 7:11 15:13
**location** 1:19
**long** 13:16
  15:11 21:21
**longer** 14:1
**look** 8:19,21,23
  13:4,4 19:19
  21:25
**looked** 19:21
**looking** 11:4
  15:9
**lost** 19:20
**lot** 20:11

**m**

**m** 1:17 3:22
  10:14,22 12:15

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400
Case 1:23-cr-00010 Document 235 Filed 07/31/25 Page 28 of 32

12:25 13:12,18
13:24 15:15,20
15:23 16:1,12
17:16 22:25
23:7,9,13
**ma'am** 11:16
**mack** 2:10 4:1
4:4
**main** 22:3
**major** 12:2
**make** 7:18 12:4
22:8
**making** 20:18
**marie** 3:21,23
10:10 11:19
13:16,17 15:11
**martin** 2:10,11
3:25 4:1,4,6
11:21,22,24
13:2,16 14:7,8
14:9 16:16
20:10,21,22
21:3 22:19
**martin's** 12:12
**marvin** 1:9
**mcconwell**
2:16,17,18 4:8
4:9,9,12,12,14
4:18 11:11,12
11:16,20 12:8
12:9 14:22,23
16:16,16 23:5
23:10,14,15
**mean** 7:6 8:8
13:24 19:19
22:15,16

**means** 8:2
**meant** 5:7
**media** 21:23
**meet** 9:5 17:7
**memorized**
21:13
**miller** 2:3 3:18
3:19,21,22,23
3:24 4:16
10:11,14,22
11:19 12:15,25
13:12,18,24
14:16,16,18
15:11,15,20,23
16:1,12 17:16
22:25 23:7,9
23:13
**mind** 21:12
**mineola** 24:14
**monday** 1:15
11:8
**month** 13:18
**morning** 3:12
4:5,7,8,11
**motions** 7:14
7:15,18

**n**

**n** 2:1 3:1 24:1
**name** 5:23
**need** 10:12
15:4 17:20,21
**needed** 7:25
**newspaper**
21:24
**nice** 17:14
**non** 19:5

**november** 18:7
18:11
**number** 3:13
4:21,22,24 6:1
6:2,19,23,25
7:1 8:11 18:1
22:20,21
**numbers** 5:21
**ny** 24:14

**o**

**o** 3:1 24:1
**object** 17:10
**obviously** 8:22
12:16 13:25
**october** 18:7
18:10
**office** 2:4,11
**offices** 2:18
**oh** 6:5,20,25
11:14 12:22
13:19 14:15
16:8,8,25
18:12,23 19:1
19:14
**ok** 2:13
**okay** 3:5,10 4:4
4:11,19 5:1,2
6:5,8,11,15 7:1
7:2 9:20 11:19
12:6,11 14:6
14:21 16:8,8
16:14,15 17:15
17:23 18:2,3,4
18:5,11,15
19:6,14 20:6
22:6,7,12,18
22:21,22 23:3

23:8,16
**oklahoma** 2:13
**old** 24:12
**once** 17:2
**open** 21:12
**outer** 12:20
**overland** 2:20

**p**

**p** 2:1,1 3:1
**park** 2:12,20
**part's** 22:14
**perfect** 15:22
17:16
**person** 8:25
**personally**
4:23
**phillip** 1:10
2:15
**phone** 4:24
9:15
**plaintiff** 1:5
2:2
**plaza** 2:5
**please** 3:2,4,16
22:20
**plus** 5:15 7:11
**possible** 10:18
18:17
**possibly** 5:8
**potential** 7:5
**potentially**
7:15
**preferable**
10:19
**prepared**
16:18

**preplanned**
  8:4
**present**  4:21
  4:23
**presented**  16:4
**pretty**  23:1
**probably**  7:23
  12:12,14 15:3
  19:7 21:12
**proceed**  16:19
  16:19 20:14
**proceedings**
  23:17 24:5
**prosecution**
  7:10 10:10
  15:10 20:15
  21:7
**prosecutors**
  10:7
**proud**  8:14
**public**  22:16
**pull**  11:18
**pushing**  12:16
**put**  7:16

**q**

**questions**
  17:24 18:14
  22:9

**r**

**r**  1:9,9 2:1,3
  3:1 24:1
**radio**  21:24
**randall**  1:10
**rather**  15:6
**ready**  7:8
  16:19

**realistically**
  7:21 12:12
  15:11 16:9
**really**  15:18
  19:18,19 21:7
  21:7
**reason**  13:3
**reasonable**
  14:14
**reasons**  20:12
**receive**  22:5
**recess**  9:3,4
  22:12
**recessed**  5:4
**record**  9:23
  22:13,15 24:5
**recorded**  22:14
  22:14
**recorder**  1:22
**reed**  1:9
**remaining**
  15:14 20:18
  21:9
**remember**
  13:21
**remind**  20:23
**rest**  15:23
**results**  5:16
**return**  6:9,21
  6:25 7:1
**revealing**  5:16
**right**  3:7 4:3
  4:20,24 5:5 6:1
  6:22 9:2,20,22
  9:24 10:1
  11:17 12:6,24
  13:11 16:24

  17:24 20:13,14
  21:4 22:23,23
**rise**  3:2
**risk**  19:23
**road**  24:12
**rogers**  1:10
**room**  9:13

**s**

**s**  2:1 3:1,18
  4:16 14:18
**safe**  22:24
**samantha**  2:3
  3:19,24 14:15
  14:16
**santos**  1:22
**sat**  7:4
**saturday**  6:21
  11:6,7
**saturdays**  8:16
**saying**  8:13
  12:22
**says**  21:15
**schedule**  10:5
  10:6,13 11:4,5
  14:17 16:24
  17:1,7 18:3,10
**scheduled**
  10:16
**schedules**  8:19
  8:20,22 14:15
**scratched**
  15:17
**screen**  4:2
**seated**  3:4 4:22
**second**  19:17
**see**  3:6,7 6:24
  12:3,22 13:2

  19:20 22:2
  23:1
**seen**  21:6
**send**  17:6
**sent**  16:23
**separate**  19:16
**september**
  10:17 11:20
  12:17,24 13:1
  13:14
**set**  12:1
**signature**  24:7
**sirena**  2:5
**six**  13:22
**social**  21:23
**soledad**  1:20
**solutions**  24:11
**somebody**
  21:15
**sonya**  24:3
**soon**  23:2
**sooner**  13:3,20
**soonest**  14:4
**sorry**  6:11,20
  12:21 14:16
  15:18 16:25
  18:8
**sounds**  14:14
**source**  17:11
**speak**  7:25
  8:19 9:1,7
  21:13,16 22:17
**special**  3:20
**spoke**  12:19
**sr**  2:16
**start**  10:18
  11:3,7 12:24

Case 1:23-cv-00010    Document 2358    Filed 07/31/25    Page 30 of 32    www.veritext.com

13:1,3,10,12
14:4,14 15:9
16:9,10 17:15
19:13 20:4,7
**started** 14:2
**starting** 15:9
16:7
**starts** 10:16
**state** 3:16
**statement**
10:24
**states** 1:1,4,19
2:4 3:14,20
**status** 3:15 9:5
**stay** 9:18,20
17:20,20,21
18:22
**staying** 21:22
**street** 2:19
**subject** 21:14
**substitution**
17:10,11
**successful**
20:20
**suite** 2:6 24:13
**summary** 16:5
**supposed** 5:4
**sure** 5:15 7:7
11:8 22:8
**surgery** 12:10

| t |
|---|

**t** 1:10 2:15
24:1,1
**take** 7:14 9:24
22:24 23:11
**talk** 10:1 11:9
11:10 12:2

15:5,6,7 18:18
**telephone** 3:21
**television**
21:25
**tell** 5:23 13:5
16:17 17:8,9
19:3
**telling** 6:18
**tenorio** 10:4
**tested** 5:12
**thank** 4:25
6:17 10:25
14:18 17:16
21:3 22:11,19
22:24,25 23:5
23:7,10,13,14
**thing** 8:9 12:23
**think** 4:14 14:3
19:10
**thinking** 11:2
**thought** 8:5
**three** 5:19 7:10
7:11 11:25
15:13 16:6
18:16,19 19:20
19:25 20:2
21:8,9
**thursday** 5:5
**tight** 17:20
**time** 1:16 7:2
8:17 9:4 12:3
12:20
**timeframe**
15:3
**times** 11:25
21:22

**today** 5:7,12
5:16,17,24 7:8
7:9 9:4,4
**together** 14:10
17:21
**told** 9:16
**tomorrow's**
5:24
**transcript** 24:4
**tremendously**
10:25
**trial** 8:1,6,8,15
10:5 20:4,8,13
20:14 21:6,14
21:23 22:1
**true** 15:13 24:4
**try** 14:11
**trying** 15:10,20
**two** 4:22 7:22
12:20 21:8
**tydingco** 1:18

| u |
|---|

**u.s.** 3:20
**uncertain** 7:7
**unexpected** 8:9
**unfortunately**
5:6 8:7
**united** 1:1,4,19
2:4 3:13,19
**update** 5:3
**use** 15:16
18:19
**used** 20:2

| v |
|---|

**v** 1:6 3:14

**vacation** 5:19
8:5 10:16 18:6
18:9,10 20:1
**vacations**
14:25
**veritext** 24:11

| w |
|---|

**wait** 6:21 14:1
18:20
**walker** 1:7,8
2:9 3:14 4:2,5
4:5,7
**walter** 9:1 10:3
**want** 5:13 7:16
8:18,21,22
9:13 10:11
12:4 13:20,20
16:18 17:18
19:16 20:7
**wanted** 11:11
**washington**
13:6
**way** 7:9 8:6 9:9
12:14,16 16:20
19:21
**we've** 8:16,17
**wednesday**
16:15
**week** 5:20 6:4
6:5 12:10
17:13 19:22
**weeks** 7:22
12:20 13:23
**went** 4:14
**west** 1:20
**witness** 7:11,12
16:5

Veritext Legal Solutions
212-267-6868 www.veritext.com 516-608-2400
Case 1:25-cv-00010 Document 235 Filed 07/31/25 Page 31 of 32

| |
|---|
| **witnesses**   7:10<br>  7:12 15:13<br>  21:9<br>**work**   8:22 10:8<br>  12:14 14:11<br>  15:19<br>**working**   17:4 |
| **y** |
| **yeah**   6:20 9:11<br>  9:19,24,25<br>  11:2,23 12:22<br>  13:11,15,19,19<br>  15:5,25 16:25<br>  17:18 18:2<br>  19:24 20:6<br>  21:2 23:4<br>**year**   10:16<br>**yep**   10:20 |
| **z** |
| **zoom**   22:16 |

Case 1:23-cv-00010   Document 2358   Filed 07/31/25   Page 32 of 32